

**ORDERED in the Southern District of Florida on October 7, 2020.**

_____
**Scott M. Grossman, Judge**
**United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                             Case No.: 20-20899-SMG

Sholem Grubin,                                     Chapter 7

    Debtor.
_____/

### ORDER GRANTING APPLICATION
### FOR WAIVER OF CHAPTER 7 FILING FEE

This matter came before the Court upon Debtor Sholem Grubin's (the "Debtor") *Application for Waiver of Chapter 7 Filing Fee* (the "Application") (ECF No. 3). Finding good cause to grant the Application, it is **ORDERED** that:

1. The Application is **GRANTED**.

2. This Order is subject to being vacated at a later time if developments in the bankruptcy case demonstrate that the waiver was unwarranted.

###

Copies Furnished To:

Sholem Grubin
2834 Van Buren Street
Hollywood, FL 33020

James A. Poe, Esq., Counsel for Debtor

Leslie S. Osborne, Trustee

AUST